UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS GODOY,<br><br>Defendant. | **INDICTMENT**<br><br>25 Cr.<br><br>25 CRIM 304 |

### COUNT ONE
### (Theft of Government Funds)

The Grand Jury charges:

1. From at least in or about November 2023 through in or about March 2024, in the Southern District of New York and elsewhere, LUIS GODOY, the defendant, embezzled, stole, purloined, and knowingly converted to his use and the use of another, and without authority sold, conveyed, and disposed of a record, voucher, money, and thing of value of the United States and a department and agency thereof, to wit, the United States Department of Treasury, which exceeded the sum of $1,000, and received, concealed, and retained the same with intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, GODOY obtained and deposited at least $1,952,981.29 in a United States Department of Treasury check made out to another individual.

(Title 18, United States Code, Sections 641 and 2.)

### COUNT TWO
### (Bank Fraud)

The Grand Jury further charges:

2. From at least in or about November 2023 through at least in or about March 2024, in the Southern District of New York and elsewhere, LUIS GODOY, the defendant, knowingly

executed, and attempted to execute, a scheme and artifice to defraud a financial institution, as that term is defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such a financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, GODOY engaged in a scheme to make false statements to a particular bank (the "Victim Institution") in order to obtain funds.

(Title 18, United States Code, Sections 1344 and 2.)

## COUNT THREE
### (Aggravated Identity Theft)

The Grand Jury further charges:

3.      From at least in or about November 2023 through at least in or about March 2024, in the Southern District of New York and elsewhere, LUIS GODOY, the defendant, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, GODOY used and transferred the name and the driver's license identification numbers of another person to commit the theft of Government funds charged in Count One of this Indictment and the bank fraud charged in Count Two of this Indictment.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2.)

## FORFEITURE ALLEGATION

4.      As a result of committing the offense alleged in Count One of this Indictment, LUIS GODOY, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said

offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

5.  As a result of committing the offense alleged in Count Two of this Indictment, LUIS GODOY, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

6.  As a result of committing the offense alleged in Count Three of this Indictment, LUIS GODOY, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b), any and all property constituting, or derived from, proceeds obtained directly or indirectly as a result of said offense and any and all personal property used or intended to be used to commit said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## Substitute Assets Provision

7.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third person;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981, 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON
7/7/25

_____
JAY CLAYTON
United States Attorney

4