**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

UNITED STATES OF AMERICA,

25 Cr. 304 (ALC)

**ORDER**

-against-

LUIS GODOY,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/11/25

Arraignment set for **July 15, 2025**, at **4:00 p.m.**

SO ORDERED.

Dated: New York, New York
       July 11, 2025

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE