

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 2, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/6/26

**BY ECF AND EMAIL**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Luis Godoy*, 25 Cr. 304 (ALC)

Dear Judge Carter:

The Government respectfully writes in response to the status letter filed by defendant Luis Godoy on April 1, 2026 in the above-captioned matter (Dkt. 29). The parties are scheduled to appear for a status conference at 3:30 p.m. on April 7, 2026. In addition, the parties understand that the defendant was removed to Chile on or about March 23, 2026. Accordingly, the Government respectfully requests leave to consider its position as to the disposition of this case and to file a letter outlining the Government's position by May 1, 2026. The Government also requests that the Court adjourn the April 7, 2026 status conference and exclude time between April 7, 2026 and the next-scheduled conference to enable the parties to discuss a pretrial resolution. Defense counsel consents to this request.

Thank you for your consideration of the matter.

Very truly yours,

JAY CLAYTON
United States Attorney

by:    /s/ Dana R. McCann
Dana R. McCann
Assistant United States Attorney
(212) 637- 2308

Cc: Hannah McCrea, Esq. and Jennifer Brown, Esq., Counsel for Luis Godoy

The application is **GRANTED**.  Government's status report due 5/1/26.  The status conference is adjourned to 5/5/26 at 12:30 p.m. Time excluded from 4/7/26 to 5/5/26 in the interest of justice.
So Ordered.   *Andrew L. Carter* 4/6/26